UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID W. CARVER,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 05-5455 FDB<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner seeks to have this Court address and correct his sentence pursuant to recent U.S. Supreme Court opinions. A briefing schedule in this 28 U.S.C. §2255 cause of action is set as follows:

(1) Respondents Answer is due no later than **Friday, September 9, 2005;**

(2) Petitioner's Reply is due **Friday, September 23, 2005;** and

(3) The clerk shall place this matter on the motion calendar for **Monday, September 26, 2005.**

ORDER - 1

1  DATED this 12th day of July, 2005.

           _____
           FRANKLIN D. BURGESS
           UNITED STATES DISTRICT JUDGE

26  ORDER - 2