1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

DAVID W. CARVER,

10

Petitioner,

11

v.

12

UNITED STATES OF AMERICA,

13

Respondent.

Case No. C05-5455FDB

ORDER ENLARGING TIME FOR
PETITIONER'S REPLY

14

15

16

A briefing schedule was earlier set in this 2255 action wherein Petitioner's Reply was due

Monday September 26, 2005.  Pursuant to a telephonic request of Friday, September 23, 2005,

Petitioner requested a ten-day extension of time to file his reply.

17

NOW, THEREFORE, IT IS ORDERED:

18

1.      Petitioner's reply is due Friday, October 14, 2005.

19

2.      The Clerk shall place this matter on the motion calendar for Friday, October 14, 2005.

20

21

DATED this 26th day of September, 2005.

22

23

24

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

25

26

ORDER - 1